# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| John Kennevick and James Payne, | ) |
| | ) **ORDER CANCELLING** |
| Plaintiffs | ) **SETTLEMENT CONFERENCE** |
| | ) **AND SUSPENDING DEADLINES** |
| vs. | ) |
| | ) |
| Deer Valley Trucking, Inc., | ) |
| | ) Case No.: 1:14-cv-063 |
| Defendant. | ) |

On April 13, 2015, defendant Deer Valley Trucking, Inc., filed a "Notice of Bankruptcy Filing and Automatic Stay Pursuant to 11 U.S.C. 362." On April 22, 2015, Judge Hovland issued an "Order of Stay." In accordance with Judge Hovland's order, the settlement conference set for June 8, 2015, is **CANCELLED** and all existing pretrial deadlines and **SUSPENDED** pending further order of the court. If a settlement conference would be helpful during the pendency of the bankruptcy proceeding, the parties may contact the undersigned's chambers to request that a settlement conference be set.

**IT IS SO ORDERED.**

Dated this 27th day of April, 2015.

>*/s/ Charles S. Miller, Jr.*
>Charles S. Miller, Jr., Magistrate Judge
>United States District Court