# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| John Kennevick and James Payne, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Deer Valley Trucking, Inc., | ) | Case No. 1:14-cv-063 |
| | ) | |
| Defendant. | ) | |

On April 13, defendant filed a "Notice of Bankruptcy and Filing of Automatic Stay Pursuant to 11 U.S.C. 362." On April 22, 2015, Judge Hovland issues an "Order of Stay."

As this action has been stayed, the final pretrial conference scheduled for November 17, 2015, and trial scheduled for December 1, 2015, are **CANCELLED**. Both shall be rescheduled as necessary at a future date and time.

**IT IS SO ORDERED**

Dated this 10th day of November, 2015.

                                                          */s/ Charles S. Miller, Jr.*
                                                          Charles S. Miller, Jr., Magistrate Judge
                                                          United States District Court