# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| John Kennevick and James Payne, ) | |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Deer Valley Trucking, Inc., ) | Case No. 1:14-cv-063 |
| ) | |
| Defendant. ) | |

On April 13, 2015, defendant filed a "Notice of Bankruptcy," prompting the court to issue an order on April 22, 2015, staying this matter pursuant to 11 U.S.C. § 362(a)(1). More than three years have since lapsed. Accordingly, the parties are directed to file a report by September 28, 2018, updating the court on the status of defendant's bankruptcy proceedings and otherwise advising how they want to proceed.

**IT IS SO ORDERED.**

Dated this 29th day of August, 2018.

                                          */s/ Charles S. Miller, Jr.*
                                          Charles S. Miller, Jr., Magistrate Judge
                                          United States District Court