# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| John Kennevick and James Payne, | ) | |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Deer Valley Trucking, Inc., | ) | Case No. 1:14-cv-63 |
| Defendant. | ) | |

On April 13, 2015, the Defendant filed a "Notice of Bankruptcy," prompting the Court to issue an order on April 22, 2015, staying this matter pursuant to 11 U.S.C. § 362(a)(1). Almost four years have since lapsed. Accordingly, the parties are directed to file a report by May 20, 2019, updating the Court on the status of the Defendant's bankruptcy proceedings and otherwise advising how they want to proceed.

**IT IS SO ORDERED.**

Dated this 19th day of April, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court