# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| John Kennevick and James Payne, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Deer Valley Trucking, Inc., ) <br> ) <br> Defendant. ) | **ORDER** <br><br> Case No. 1:14-cv-063 |

The Magistrate Judge shall hold a status conference with the parties by telephone on July 15, 2019, at 2:00 p.m. To participate in the conference call, counsel shall call the following telephone number and access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 28th day of June, 2019.

                                                                            */s/ Clare R. Hochhalter*
                                                                            Clare R. Hochhalter, Magistrate Judge
                                                                            United States District Court